**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

No. 96-10723
Summary Calendar

MARTIN F. MORGAN,

Plaintiff-Appellant,

VERSUS

TEXAS UTILITIES ELECTRIC COMPANY,

Defendant-Appellee.

Appeal from the United States District Court
For the Northern District of Texas

(4:94-CV-453-Y)

December 26, 1996

Before JONES, DeMOSS and PARKER, Circuit Judges.

PER CURIAM:[*]

Plaintiff-Appellant, Martin F. Morgan appeals the summary judgment granted to Defendant-Appellee, Texas Utilities Electric Company in this employment discrimination suit brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. 2000e, *et seq*.

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

Specifically, Morgan, who is black, claims that TUEC discriminated against him on the basis of his race when it terminated his employment allegedly due to Morgan's violation of TUEC's sexual harassment policy.  Having reviewed the briefs, the record and the applicable law, we conclude that the summary judgment should be affirmed for essentially the reasons relied on by the district court.  *Morgan v. Texas Utilities Electric Co.*, 4:94-CV-453-Y (N.D.Tex. May 16, 1996).

AFFIRMED.